**Opinion filed April 23, 2021**



## In The

# Eleventh Court of Appeals

_____

## No. 11-20-00203-CV

_____

## FRANCES PHILLIPS, Appellant

## V.

## COMMUNITY OUTREACH HOUSING, Appellee

**On Appeal from the 266th District Court**

**Erath County, Texas**

**Trial Court Cause No. CV35697**

### M E M O R A N D U M   O P I N I O N

The brief of Appellant, Frances Phillips, was originally due to be filed in this court on or before January 11, 2021. This court, on its own motion, has extended the due date twice. We issued a letter on February 24, 2021, in which we directed Appellant to file her appellate brief in this court on or before Thursday, March 11, 2021. We informed Appellant that the failure to file her brief in this court by that date could "**result in dismissal of the appeal**." *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

As of this date, Appellant has not filed a brief, nor has she requested an extension of time in which to file her brief. Based upon Appellant's failure to prosecute this appeal in a timely manner, we conclude that this appeal should be dismissed. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

Accordingly, we dismiss this appeal for want of prosecution.

PER CURIAM

April 23, 2021

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.